UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DWAYNE DESHAUN PARKS,

    Defendant.
_____/

Case No. 1-20-cr-156-2

HON. JANET T. NEFF

# ORDER

In accordance with the Bench Opinion issued by the Court on April 15, 2021:

**IT IS HEREBY ORDERED** that "Defendant Dwayne Parks' Motion to Suppress" (ECF No. 56) is DENIED.

**IT IS FURTHER ORDERED** that "Defendant Dwayne Parks' Motion to Suppress Evidence" (ECF No. 60) is DENIED.

Dated: April 15, 2021

    /s/ Janet T. Neff
JANET T. NEFF
United States District Judge